AO 91 (REV.5/85) Criminal Complaint                              AUSA Yasmin N. Best (312) 469-6024

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MAGISTRATE JUDGE KEYS

UNITED STATES OF AMERICA

**FILED**

**CRIMINAL COMPLAINT**

v.

KENNETH WILSON

FEB 24 2010
Feb 24 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER:

**10CR 0148**

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief: On or about February 23, 2010, at Chicago, in the Northern District of Illinois, Eastern Division, KENNETH WILSON, defendant herein:

by force and violence, and by intimidation, took, from the person and presence of bank employees, approximately $187 in United States Currency belonging to and in the care, custody, control, management, and possession of North Community Bank, 800 North State Street, Chicago, Illinois, the deposits of which were insured by the Federal Deposit Insurance Corporation;

in violation of Title 18, United States Code, Section 2113(a). I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
NIKKOLE ROBERTSON
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

February 24, 2010                                            at   Chicago, Illinois
Date                                                              City and State


ARLANDER KEYS, U.S. Magistrate Judge
Name & Title of Judicial Officer                                  Signature of Judicial Officer

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ) |
| | ) ss |
| NORTHERN DISTRICT OF ILLINOIS | ) |

## AFFIDAVIT

I, NIKKOLE ROBERTSON, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed for five years. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that Kenneth Wilson has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging WILSON with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information received from other law enforcement sources, witness interviews, and my review of relevant documents and other evidence.

## NORTH COMMUNITY BANK ROBBERY

4. At approximately 2:57 p.m. on February 23, 2010, a black male entered the North Community Bank, located at 800 North State Street, Chicago, Illinois, and approached a bank teller (hereinafter "Teller A"), who was working behind the teller counter. According to Teller A, the black male handed the victim-teller a written demand note, which had text to the effect of "Don's be a hero," "I have a gun", "Give me all your money" and "Don't press buttons." After

receiving the note, Teller A provided the robber with one, five, ten and twenty dollar bills, as well as a hidden exploding dye pack, which is a device teller provide to bank robbers that explodes after the robber exits the bank, so that the currency taken with the dye pack can later be identified as stolen. After receiving the currency and dye pack from Teller A, the bank robber fled the bank. Teller A later described the robber as a black male, approximately 5'3" to 5'4" tall and with husky build, who had with stubble for facial hair and who was wearing a blue jean jacket and black hooded sweatshirt. The bank's Assistant Branch Manager, who also observed the robbery, saw the bank robber exit the bank and proceed south on State Street to Chicago Avenue, where he turned right and continued west along Chicago Avenue.

5. Within minutes of the bank robbery, a black male later identified as KENNETH WILSON ("WILSON") was observed surrounded by red smoke and running west on Chicago Avenue from State Street. Two witnesses, who were later interviewed by law enforcement officers, observed WILSON boarding a northbound bus on Chicago Avenue near Dearborn Street. Those witnesses informed responding officers from the Chicago Police Department ("CPD") that a man surrounded by red smoke had boarded the northbound bus. At approximately 3:02 p.m., WILSON was apprehended by CPD officers at 60 West Walton, approximately four blocks north of where he boarded the bus.

6. At the time of his arrest, WILSON was wearing a jean jacket. WILSON had in his jacket pocket an envelope containing a yellow piece of paper that stated "I have a gun I will kill everybody. I wont 4000 dollars. Don't be a hero no buttons," the bank's dye pack, and $167 in United States Currency. WILSON's right hand and jacket pocket were covered in red dye stains. According to the observation of FBI agents, WILSON appears to be approximately 5'6" tall and 240 pounds.

7. Additionally, at approximately 3:15 p.m., a $20 bill stained with red dye was found on the ground near the intersection of Dearborn and Chestnut Streets by a passerby.

8. Within 30 minutes of the bank robbery, WILSON was transported by CPD officers to the North Community Bank. Teller A and the Assistant Branch Manager both identified WILSON as the individual who had robbed the bank on February 23, 2010.

9. WILSON was then transported by CPD officers to the CPD's 15th District, where he was read his Miranda Rights. WILSON waived his rights and agreed to speak to agents of the FBI. During his interview with the FBI, WILSON admitted that he had robbed the North Community Bank, located at 800 North State Street, on February 23, 2010.

10. Specifically, WILSON stated he wrote the demand note he used in the February 23, 2010 bank robbery while on the train on a yellow piece of paper. WILSON described the note as demanding $4,000.00, saying that he had a gun and would kill every body, warning the teller, "Don't be a hero," and instructing her not to push any alarm buttons.

11. WILSON also stated that after he left the bank, a dye pack exploded in his pocket with the money he had just stolen from the bank. WILSON stated he was surrounded by red smoke. WILSON admitted that he boarded a city bus after the dye pack had exploded. WILSON stated that he had observed CPD officers while he was on the bus and was able to disembark before being apprehended by CPD officers. WILSON stated he was caught by CPD officers shortly after exiting the rear of the bus.

12. WILSON viewed still pictures taken from the North Community Bank's surveillance cameras that captured the bank robber. In the surveillance video and still photographs, the bank robber can be observed wearing a jacket and a dark colored skull cap. WILSON identified himself as the individual in the pictures.

13. During his interview with the FBI on February 23, 2010, WILSON also confessed to robbing a Chase Bank, located at 1700 North Wells in Chicago. WILSON was unsure of the date of the Chase Bank robbery, but knew it to be within days of his being taken to Holy Cross Hospital. Hospital release paperwork WILSON had on him at the time of his arrest indicates that he was admitted on February 16, 2010. On February 10, 2010, a black male robbed the Chase Bank, located at 1700 North Wells in Chicago.

14. The teller audit completed at the North Community Bank shows a loss of $187.00 as a result of the February 23, 2010 robbery.

15. The FBI has obtained North Community Bank's FDIC number, which confirms that the deposits of North Community Bank were insured by the FDIC at the time of the robbery on February 23, 2010.

## CONCLUSION

16. Based on the foregoing, I respectfully submit that there is probable cause there is probable cause to believe that KENNETH WILSON did, by force, violence and intimidation, take approximately $187 in United States Currency belonging to and in the care, custody, control, management, and possession of the North Community Bank located at 800 North State Street, Chicago, Illinois on February 23, 2010, the deposits of which were then insured by the FDIC, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

*Nikkole Robertson*
NIKKOLE ROBERTSON
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on February 24, 2010.

*Arlander Keys*
ARLANDER KEYS
United States Magistrate Judge